AUSTIN C. TROWBRIDGE, Respondent, *v.* CHARLES M. COSS et al., Appellants.

*Trowbridge* v. *Coss*, 126 App. Div. 679, affirmed.
(Argued May 17, 1909; decided June 1, 1909 )

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1908, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on. trial at Special Term and granting a new trial in an action of partition.

*Nathaniel A. Elsberg* and *Andrew P. McKean* for appellants.

*Arthur C. Rounds* and *David Thornton* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs to respondent in all courts payable out of the estate; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.